1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12   ISRAEL PONCIO POROJ,          )   Case No. ED CV 12-312 DSF (MRW)
13                  Petitioner,    )
14           vs.                   )   ORDER ACCEPTING FINDINGS AND
                                   )   RECOMMENDATIONS OF
15   DOMINGO URIBE JR., Warden,    )   UNITED STATES MAGISTRATE
                                   )   JUDGE
16                  Respondent.    )
     _____ )
17

18       Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report

21   to which Petitioner has objected.  The Court accepts the findings and

22   recommendation of the Magistrate Judge.

23       IT IS ORDERED that Judgment be entered denying the petition and

24   dismissing this action with prejudice.

25
26   DATE:  10/1/12                   _____
27                                    HON. DALE S. FISCHER
                                      UNITED STATES DISTRICT JUDGE
28