UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISRAEL PONCIO POROJ, | ) | Case No. ED CV DSF 12-312 (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DOMINGO URIBE JR., Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 10/1/12

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE